**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| n re: MARY KATHERINE ARCELL; et al. _____ MARY KATHERINE ARCELL; et al., Petitioners, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, Respondent, GOOGLE LLC and APPLE INC., Real Parties in Interest. | No. 26-2642 D.C. No. 22-cv-02499 RSL SK Northern District of California, San Francisco ORDER |

Before: CHRISTEN, MILLER, and COLLINS, Circuit Judges.

The motion (Docket Entry No. 19) to file an oversized reply is granted.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**